# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

152269(72)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JANIS R. MILLS, on behalf of herself
and others similarly situated,
        Plaintiffs-Appellants,

v

ST. JOHN HEALTH,
        Defendant-Appellee.

_____/

SC: 152269
COA: 319282
Macomb CC: 2011-005486-CD

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED.  The answer will be accepted as timely filed if submitted on or before October 23, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015

